UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN COMPTON**,<br><br>  Plaintiff,<br><br>vs.<br><br>**CITY OF SAN FRANCISCO,** *et al.*,<br><br>  Defendants. | Case No.: 14-CV-490 YGR<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The Court has reviewed the case management statements of the parties. (Dkt. Nos. 10, 13.) In light of the information provided therein, the case management conference currently set for May 12, 2014, is **CONTINUED** to **June 2, 2014,** at 2:00 p.m.

Plaintiff Brian Compton is **DIRECTED** to advise the Court, no later than **May 23, 2014,** whether he would consent to have a magistrate judge conduct all further proceedings in the instant action, including trial. Defendants have already indicated that they would consent to the jurisdiction of a magistrate judge. For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may jointly request assignment to a specific magistrate judge.

**IT IS SO ORDERED.**

Date: May 8, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**